UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-51100 |
| MARLENE SMITH | ) | CHAPTER 7 |
| Debtor(s) | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |

TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of this property (the "Property"):

**Description of Property:** Vacant Lot No. 40, Lincoln Twsp., PA
Parcel ID No: 001-24-0-008340-C, Map No. S24-002-005-00, excepting Coal and mining rights
**Estimated Market Value** $2,013.00
**Source of Valuation:** Pursuant to debtor's testimony
**Amount of Liens:** None
**Claimed Exemptions:** None

**Your rights may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before **November 17, 2017** you or your attorney must:

1. File with the Court an objection at the following address:
    Clerk of the United States Bankruptcy Court
    455 U.S. Courthouse-Federal Building
    2 South Main Street, Akron, Ohio 44308

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of Your Objection to Each of the Following:

    Trustee: Harold A. Corzin, Chapter 7 Trustee, 304 N. Cleveland-Massillon Road, Akron, Ohio, 44333
    Office of the U. S. Trustee, HMM US Court House, 201 Superior Ave., Room 441, Cleveland, Ohio, 44114

You and/or your attorney must attend any hearing scheduled by the Court.

Dated: October 25, 2017

Respectfully submitted,

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770 Voice
(330) 670-0297 Facsimile
hcorzin@csu-law.com

I CERTIFY THAT ON October 25, 2017 copies of this Notice of Proposed Abandonment were served upon

Attorney for Debtor(s)
    Mona Rubinstein
    *by Electronic Mail*

Debtor(s)
    Marlene Smith
    937 N. Jefferson St.
    Medina, OH 44056
    *by Regular U.S. Mail*

The Office of the United States Trustee
*by Electronic Mail*

    /s/ Harold A. Corzin
    HAROLD A. CORZIN, TRUSTEE